Printed: 01/12/10 07:58 AM

# Stale Check Report

Page: 1

Trustee: HAROLD P. BULAN (521350)
Case: 05-91330 - WECZEREK, TIMOTHY F.

11089222
610.34
1/19/10

| Account No. | Check No. | Issued | | | Payee | | | | Check Amount |
|---|---|---|---|---|---|---|---|---|---|
| 312-2543265-66 | 140 | 01/12/10 | | | U.S. Bankruptcy Court | | | | $610.04 |

| Claim No. | Cancelled Check No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|
| 16 | 118 | 02/10/09 | 610 | MILLARD FILLMORE HOSPITAL P.O. BOX 32280 HARTFORD, CT 06150-2280 | 524.45 | 524.45 | 524.45 | 524.45 |
| 161 | 136 | 02/10/09 | 640 | MILLARD FILLMORE HOSPITAL P.O. BOX 32280 HARTFORD, CT 06150-2280 | 85.59 | 85.59 | 85.59 | 85.59 |

(*) Denotes objection to Amount Filed

FILED JAN 19 2010 BANKRUPTCY COURT BUFFALO, N.Y.